

Justin A. Kuehn

May 13, 2022

**BY ECF**

Honorable Diane Gujarati
Eastern District of New York
225 Cadman Plaza East Courtroom 4B South
Brooklyn, New York 11201

      Re:    Sadigh v. Educational Credit Management Corporation, et. al.;
              Case No. 22-cv-298-DG-JRC

Dear Judge Gujarati:

      We, along with Bragar Eagel & Squire, P.C., are co-counsel for plaintiff in the above-captioned action. We write in accordance with plaintiff's pre-motion response letter filed on April 27, 2022 [Dkt. No. 17] to request permission to file the attached amended complaint.

      We thank the Court for its attention to this matter and are available at the Court's convenience.

                                      Respectfully submitted,

                                      *s/Justin Kuehn*

                                      Justin Kuehn

cc: All counsel of record (by ECF)