UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVETTE SADIGH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION, ALLIED INTERSTATE, LLC, and IQOR US, INC.,<br><br>　　　　　　Defendants. | NO. 1:22-cv-00298-HG-JRC<br><br>Civil Action |

### NOTICE OF JOINDER BY DEFENDANTS ALLIED INTERSTATE, LLC AND IQOR US, INC. TO DEFENDANT ECMC'S MOTION FOR PROTECTIVE ORDER

Defendants Allied Interstate, LLC ("Allied") and iQor US, Inc. ("iQor") (collectively, the "Allied Defendants"), by and through their undersigned counsel, hereby join in Defendant Educational Credit Management Corporation's ("ECMC") Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c)(1) [ECF No. 36] ("Motion") seeking to bifurcate discovery and initially limit it to the merits of Plaintiff's individual claims before proceeding with any class discovery.

Allied Defendants agree with and adopt the arguments set forth by ECMC in its Motion and supporting memoranda [ECF Nos. 36, 40]. As discussed therein, bifurcation of discovery is warranted because focused discovery on Plaintiff's individual claims has the potential to resolve this case via dispositive motion, without the need for extensive and burdensome class-wide discovery. Allied Defendants also have specific merits-based defenses to Plaintiff's individual claims, some different than those applicable to ECMC, that would be ripe for an early summary judgment motion following limited initial written discovery. Nevertheless, Plaintiff served discovery requests which seek wide-ranging information over a 40-year period unrelated to

Plaintiff's specific loans, demonstrating the necessity and appropriateness of bifurcating discovery at this stage.

Accordingly, for the reasons stated in ECMC's Motion and supporting papers, as well as those stated herein, Allied Defendants respectfully request that the Court grant the Motion and enter a protective order bifurcating discovery.

| | |
|---|---|
| Dated: May 3, 2024 | Respectfully submitted,<br>STRADLEY RONON STEVENS & YOUNG, LLP<br><br>By: /s/ Boris Brownstein<br>Andrew K. Stutzman, Esq.<br>Eric M. Hurwitz, Esq.<br>Boris Brownstein, Esq.<br>100 Park Avenue, Suite 2000<br>New York, NY 10017<br>Phone - 212.812.4124<br>Fax - 646.682.7180<br>astutzman@stradley.com<br>ehurwitz@stradley.com<br>bbrownstein@stradley.com<br><br>*Attorneys for Defendants*<br>*Allied Interstate, LLC, and iQor Us, Inc.* |